UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:　　　　　　　　　　　　　　　　　CASE NO. 12 B 26164
　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
Tonya S Yarbrough
　　　　　　　　　　　　　　　　　　　　　JUDGE TIMOTHY A BARNES

　　　　　DEBTOR　　　　　　　　　　　　**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O Marshall files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Select Portfolio Servicing Inc

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 17 | XXXXXXXXEARS | $4,009.26 | $4,009.26 | $4,009.26 |
| Total Amount Paid by Trustee | | | | $4,009.26 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit　　　　**X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12 B 26164

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 6th day of November, 2018.

Tonya S Yarbrough, 48 N Chestnut Lane, Glenwood, IL  60425

ELECTRONIC SERVICE - Semrad Law Firm LLC, 20 S Clark St 28th Flr, Chicago, IL  60603

Select Portfolio Servicing Inc, P O Box 65450, Salt Lake City, UT  84165-0250

ELECTRONIC SERVICE - United States Trustee

Date:  November 06, 2018                     /s/ Marilyn O Marshall
                                             Marilyn O Marshall
                                             Chapter 13 Trustee
                                             224 S Michigan Ave
                                             Ste 800
                                             Chicago, IL  60604